HENRY DUVALL v. STATE.

No. A-669.    Opinion Filed September 19, 1911.

Appeal from Ottawa County Court; W. Y. Quigley, Judge.

Henry Duvall was convicted of violating the prohibitory law, and appeals.   Affirmed.

O. F. Mason, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. An examination of the record of this case discloses no errors prejudicial to the substantial rights of the plaintiff in error. The judgment of the lower court is therefore affirmed.